USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 99-1101 ELSIE L. MORLEY, ET AL., Plaintiffs, Appellants, v. MAINE DEPARTMENT OF HUMAN SERVICES, ET AL., Defendants, Appellees. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Morton A. Brody, U.S. District Judge] Before Selya, Boudin and Lynch, Circuit Judges.     Elsie L. Morley on brief pro se. Andrew Ketterer, Attorney General, Paul Stern, Deputy AttorneyGeneral, Andrew S. Hagler, Assistant Attorney General, andChristopher C. Taub, Assistant Attorney General, on brief forappellees.September 23, 1999   Per Curiam. After carefully reviewing the documents filed on appeal and the record below we affirm substantially for the reasons stated by the district court.  Affirmed. Loc. R. 27.1.